# WILLIAM PICHA v. CENTRAL METROPOLITAN BANK.[1]

December 12, 1924.

No. 24,211.

**Case followed.**

[1]Reported in 201 N. W. 318.

PER CURIAM.

This cause is identical with that of Helen M. Picha against the same defendant, except as to names, dates, amounts and description of property, and was submitted upon the same record and briefs. The opinions in that case, which immediately precede this case, determine all the issues herein and lead to an affirmance of the order appealed from.

Affirmed.